IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JULIO ALBERTO ZALDANA MARTINEZ,  )
                                 )
                    Plaintiff,   )
                                 )
          v.                     )     1:10CV953
                                 )
OTIS ELEVATOR COMPANY,           )
                                 )
                    Defendant.   )

**ORDER**

On May 11, 2012, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by section 636.

Therefore, the court need not make a *de novo* review, and the Magistrate Judge's Recommendation (Doc. 28) is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 22) is DENIED.

/s/ Thomas D. Schroeder
United States District Judge

June 12, 2012